# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENNIFER IONE TIMMONS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-17-86-R |
| ) | |
| DEBBIE ALDRIDGE, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered May 24, 2017. Doc. No. 12. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED.

Further, the Court hereby DENIES Petitioner a Certificate of Appealability. A COA will issue only if Petitioner demonstrates "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quotations omitted). The Court finds the issues raised by the Petition and resolved by the Report and Recommendation and this Order are not subject to debate by reasonable jurists nor are the issues adequate to deserve further encouragement to proceed.

IT IS SO ORDERED this 15th day of June, 2017.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE